UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: | Case No.   04-46539-H5-7 |
| **ROGERIO MARTINEZ** | **Chapter 7** |
| Debtor(s). | **APPLICATION TO PAY FUNDS INTO THE REGISTRY UNDER 11 U.S.C. §347 (a)** |

The undersigned trustee reports:

____   The dividend(s) payable to the creditor(s) listed on Exhibit "A" hereto is(are) in an amount less than the amount specified in Bankruptcy Rule 3010.

  X    More than ninety (90) days have passed since the return of minimal funds to Debtor, and the dividend(s) payable to the Debtor listed on Exhibit "A" hereto remain unclaimed.

Pursuant to Bankruptcy 3010 or 3011, as applicable, and 11 U.S.C. 347(a), the undersigned trustee requests authorization to pay small and/or unclaimed dividends in the total amount shown on said Exhibit "A" for deposit into the United States Treasury, pursuant to Chapter 129 of Title 28 (28 U.S.C. 2041, *et seq*).

Dated   04/16//10                              /s/ Ronald J. Sommers
                                                          Ronald J. Sommers
                                                          2800 POST OAK BLVD 61st Floor
                                                          Houston TX 77056

**CERTIFICATE OF SERVICE**

I, Ronald J. Sommers, hereby certify that a true and correct copy of this Motion to Pay Funds into the Registry Under 11 U.S.C. § 374 (A) has been delivered via electronic transmission (ECF) to the U. S. Trustee, at 515 Rusk Avenue, Suite 3516, Houston, Texas   77002 via electronic transmission (ECF), on this 16TH day of  April, 2010.

                                                          / Ronald J. Sommers
                                                          Ronald J. Sommers

## EXHIBIT "A"

Please check one:

__       Small Dividends

XX       Unclaimed Dividends

| Name & Address | Claim No. | Amount |
|---|---|---|
| San Benito CISD<br>Linebarger Goggan Blair<br>POB 17428<br>Austin, TX 78760 | 3 | 196.18 |
| Cameron County<br>Linebarger Goggan Blair<br>POB 17428<br>Austin, TX 78760 | 4 | 82.17 |
| Chase<br>POB 52126<br>Phoenix, AZ 85072 | 2 | 8,668.26 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL:** |  | **$8,946.61** |